No. 77–185. ROME ET UX., TRUSTEES *v.* INDIAN HEAD, INC., ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition. 

No. 77–5095. ORTIZ *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE STEWART would grant certiorari. 

No. 77–5111. TOWNSEND *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE POWELL would grant certiorari.